# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTIRCT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BYER CLINIC OF CHIROPRACTIC, LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br>v.<br><br>THE ALLSTATE CORPORATION, LENSINK AGENCY, INC. and JOHN DOES 1-10,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No.  14-cv-06247<br>)<br>) Hon. Virginia M. Kendall<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, BYER CLINIC OF CHIROPRACTIC, LTD., and Defendant, THE ALLSTATE CORPORATION, through their undersigned attorneys, hereby stipulate to the dismissal of Defendant, THE ALLSTATE CORPORATION, with prejudice and without costs.

By: /s/ Brian J. Wanca
Bryan J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
bwanca@andersonwanca.com

*Attorneys for Plaintiff*

By: /s/ Mark J. Levin
Mark J. Levin *pro hac vice*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
LevinMJ@ballardspahr.com

By: /s/Mark L. Hanover
Mark L. Hanover
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606
Mark.hanover@dentons.com

*Attorneys for The Allstate Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      s/ Brian J. Wanca