**EXHIBIT A**



**Allstate.**
You're in good hands.

WE CAN LOWER YOUR COST
AND INCREASE YOUR
COVERAGE ON BUSINESS
INSURANCE

Free same day quotes, same day coverage.

## Business owner's policy includes:

*Liability*

*Data Compromise/Cyber Liability*

*Business Property*

*Replacement Value*

*Employee Theft / Dishonesty*

*Income Replacement*

*Vandalism*

*Commercial Auto Coverage*

CAR INSURANCE

HOME INSURANCE

CONDO INSURANCE

**CALL US NOW BEFORE YOU RENEW!**

We save people like you money every day!

**WE HAVE DOZENS OF WAYS TO**

**LOWER YOUR PREMIUMS!!**

**Are you being cancelled**

**or non – renewed?**

**We help with problems**

**like that every day!!**

Jason Lensink CIC

# Lensink Agency, Inc.

### 3338 Kirchoff Rd.

### Rolling Meadows, IL 60008

# 847-397-7878

For removal from our list, please call 1-888-260-9449 and leave us your fax number.