UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Byer Clinic of Chiropractic, Ltd
                              Plaintiff,

v.                                                 Case No.: 1:14–cv–06247
                                                 Honorable Virginia M. Kendall

Lensink Agency, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, BYER CLINIC OFCHIROPRACTIC, LTD., and Defendants, ALLSTATE INSURANCE COMPANY,ALLSTATE PROPERTY AND CASUALTY COMPANY, ALLSTATE FIRE ANDCASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY and LENSINK AGENCY,INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice. Each party to bear its own costs. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.